

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00299-CR

| | | |
|---|---|---|
| Mandy Rae Mann | § | From the 371st District Court |
| | § | of Tarrant County (1368510D) |
| v. | § | September 18, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
      Justice Lee Gabriel